UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LOUIS SAIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01045 |
| ) | JURY TRIAL DEMANDED |
| FJ MANAGEMENT, INC. d/b/a FLYING J, INC., ) | |
| FLYING J INSURANCE SERVICES, INC., and/or ) | |
| its Successor, THE BUCKNER COMPANY, ) | |
| TRANSPORTATION ALLIANCE BANK, INC., ) | |
| TRANSPORTATION ALLIANCE LEASING, ) | |
| LLC, TAB BANK, INC., TAB BANK, INC. d/b/a ) | |
| TRANSPORTATION ALLIANCE LEASING, ) | |
| LLC, JAGJIT "J.J." SINGH, STEPHEN PARKER, ) | |
| JOHN DOES A, B, and C, AND JANE DOES A, B, ) | |
| and C, ) | |
| ) | |
| Defendants. ) | |

ORDER GRANTING MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Before the Court is the Motion for Leave to Appear Pro Hac Vice filed by Michael A. Gehret, co-counsel for Defendants Transportation Alliance Bank, Inc., Transportation Alliance Leasing, LLC, and Stephen Parker. For good cause shown, the Motion is GRANTED.

IT IS SO ORDERED, this 21th day of April, 2015.

                                        **s/ J. DANIEL BREEN**
                                        J. DANIEL BREEN
                                        CHIEF UNITED STATES DISTRICT JUDGE