UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LOUIS SAIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:15-cv-01045 |
| ) | JURY TRIAL DEMANDED |
| FJ MANAGEMENT, INC. d/b/a FLYING J, INC., ) | |
| FLYING J INSURANCE SERVICES, INC., and/or ) | |
| its Successor, THE BUCKNER COMPANY, ) | |
| TRANSPORTATION ALLIANCE BANK, INC., ) | |
| TRANSPORTATION ALLIANCE LEASING, ) | |
| LLC, TAB BANK, INC., TAB BANK, INC. d/b/a ) | |
| TRANSPORTATION ALLIANCE LEASING, ) | |
| LLC, JAGJIT "J.J." SINGH, STEPHEN PARKER, ) | |
| JOHN DOES A, B, and C, AND JANE DOES A, B, ) | |
| and C, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO DISMISS PLAINTIFF'S SUPPLEMENTAL AND AMENDING COMPLAINT OF DEFENDANTS TRANSPORTATION ALLIANCE BANK, INC., TRANSPORTATION ALLIANCE LEASING, LLC, AND STEPHEN PARKER**

Defendants Transportation Alliance Bank, Inc., Transportation Alliance Leasing, LLC, and Stephen Parker ("TAB Defendants"), pursuant to Rules 7, 8, 9, and 12 of the Federal Rules of Civil Procedure, respectfully move this Court to dismiss Plaintiff's Supplemental and Amending Complaint with prejudice. In support of this motion, TAB Defendants rely on the Memorandum in Support of their Motion to Dismiss filed contemporaneously herewith, and the entire record in this matter.

In accordance with LR 7.2(d), TAB Defendants respectfully request oral argument on this motion, which involves complex jurisdictional and dispositive issues, should the Court determine that a hearing would be helpful or necessary.

Respectfully submitted,


s/David J. Harris
David J. Harris (#04652)
Burch Porter & Johnson, PLLC
130 N. Court Avenue
Memphis, TN 38103-2217
Telephone: 901-524-5000
Fax: 901-524-5024
Email: dharris@bpjlaw.com

Counsel for Defendants Transportation Alliance Bank, Inc., Transportation Alliance Leasing, LLC and Stephen Parker


s/Douglas P. Farr
Douglas P. Farr (Pro Hac Vice)
Michael A. Gehret (Pro Hac Vice)
Snell & Wilmer, LLP
15 W. South Temple, Suite 1200
Salt Lake, UT 84101
Telephone: 801-257-1900
Email: dfarr@swlaw.com
       mgehret@swlaw.com

Counsel for Defendants Transportation Alliance Bank, Inc., Transportation Alliance Leasing, LLC and Stephen Parker


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the preceding Motion was electronically filed through the Court's ECF system. A true and correct copy of the foregoing document has been served this 2nd day of November, 2015, by operation of the Court's CM/ECF system on all the parties who are registered CM/ECF participants, who have consented to electronic notice, and on whom the notice of electronic filing indicates that notice was electronically mailed, or, on all others via either electronic mail or United States Mail, First Class Postage prepaid.


s/David J. Harris