IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LOUIS SAIA,<br><br>      Plaintiff,<br><br>      vs.<br><br>FLYING J. INC.,<br>FJ MANAGEMENT, INC. d/b/a FLYING J, INC.;<br>FLYING J. INSURANCE SERVICES, INC. and/or its<br> Successor, THE BUCKNER COMPANY;<br>CAROLINA CASUALTY INSURANCE COMPANY;<br>TRANSPORTATION ALLIANCE BANK, INC.;<br>TRANSPORTATION ALLIANCE LEASING, LLC;<br>TAB BANK, INC.; TAB BANK, INC. d/b/a<br>TRANSPORTATION ALLIANCE LEASING, LLC;<br>GRESHAM & ASSOCIATES, LLC;<br>GRESHAM & ASSOCIATES, INC.;<br>GRESHAM AND ASSOCIATES OF INDIANA, INC.;<br>JAGIT "J.J." SINGH, STEPHEN PARKER,<br>JOHN DOES A, B, and C AND JANE DOES A, B, and C<br><br>      Defendants. | No. 15-cv-01045-JDB-egb |

## RENEWED MOTION TO DISMISS OF FLYING J INC., FJ MANAGEMENT, INC., AND FLYING J INSURANCE SERVICES, INC. (OR ITS SUCCESSOR THE BUCKNER COMPANY)

Pursuant to Fed. R. Civ. P. 12, Defendants Flying J, Inc., FJ Management, Inc. d/b/a

Flying J, Inc., Flying J Insurance Services, Inc. or its successor, the Buckner Company

(collectively the "Flying J Defendants"), respectfully move this Court for dismissal of all claims

filed against them in Plaintiff's First and Second Supplemental and Amending Complaints

(Docs. 62 & 70.).  In support of this motion, the Flying J Defendants rely on the Memorandum in

Support of their Motion to Dismiss filed contemporaneously herewith and the entire record in

this matter.

Respectfully submitted this 4th day of November, 2015.

/s/
John S. Golwen (TN BPR # 014324)
Jonathan E. Nelson (TN BPR # 028029)
BASS, BERRY & SIMS, PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Telephone:      (901) 543-5900
Facsimile:      (901) 543-5999
Email:          jgolwen@bassberry.com
                jenelson@bassberry.com

*Attorneys for Defendants, Flying J. Inc., FJ
Management, Inc. d/b/a Flying J. Inc.,
Flying J. Insurance Services, Inc., and The
Buckner Company*

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on the 4th day of November, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.  A copy of the foregoing was also sent via email and U.S. Mail to the following:

  Louis Saia
  46 Dovecrest Cove
  Jackson, TN 38305
  <u>lsaia@palletreefer.com</u>

*/s/* _____