UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

```
LOUIS SAIA                                  JUDGMENT IN A CIVIL CASE

v.

FLYING J, INC.,                             CASE NO: 15-1045-A
FJ MANAGEMENT, INC., d/b/a
FLYING J, INC.; FLYING J. INSURANCE
SERVICES, INC. and/or its Successor,
THE BUCKNER COMPANY; TRANSPORTATION
ALLIANCE BANK, INC.; TRANSPORTATION
ALLIANCE LEASING, LLC; TAB BANK, INC.;
TAB BANK, INC. d/b/a TRANSPORTATION
ALLIANCE LEASING, LLC; JAGIT "J.J." SINGH,
STEPHEN PARKER, JOHN DOES A, B, and C
and JANE DOES A, B, and C
```

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Plaintiff's Motion For Reconsideration entered on June 8, 2016, this cause is hereby dismissed.



APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 6/10/2016
                                                  THOMAS M. GOULD
                                                  Clerk of Court


                                                  s/Terry L. Haley
                                               (By)  Deputy Clerk