United States District Court for the **Western**
District of **Tennessee**

**Louis Saia**

Plaintiff,

RECEIVED BY SKC
JUN 14 2016
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Jackson

vs.

CASE NO. **15-CV-01045-STA-egb**

**Flying J Inc., Flying J Management, Inc. d.b.a. Flying J Inc., Flying J Insurance Services, Inc., and/or successor, The Buckner Company; Transportation Alliance Leasing, L.L.C., TAB Bank d/b/a Transportation Alliance Leasing L.L.C. Defendant. Jagjit "JJ" Singh, Stephen Parker, John Does A, B, C and Jane Does A, B, and C,**

# NOTICE OF APPEAL

Notice is hereby given that **Louis Saia**, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from **Judgment in a Civil Case, Doc. 115,**
(the final judgment) (from an
**Order Granting Defendants' motion** entered in this action on the **14th** day of
order (describing it)) **To Dismiss, Doc. 106**
**June**, 2016.

(s) **Louis Saia**
Address: **46 Dovecrest Cove**
**Jackson, TN.**
**38305**

Attorney for **Pro Se**

cc: Opposing Counsel [✓]
    Court of Appeals [✓]

6CA-3
1/99