# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 02, 2017

Mr. Louis Saia
46 Dovecrest Cove
Jackson, TN 38305

    Re: Case No. 16-5853, *Louis Saia v. Flying J. Incorporated, et al*
        Originating Case No. : 1:15-cv-01045

Dear Sir or Madam,

  The Court issued the enclosed Order today in this case.

               Sincerely yours,

               s/Roy G. Ford
               Case Manager
               Direct Dial No. 513-564-7016

cc: Mr. Douglas Michael Alrutz
    Mr. Alan C. Bradshaw
    Mr. John S. Golwen
    Mr. Thomas M. Gould
    Mr. David J. Harris
    Mr. Jonathan E. Nelson

Enclosure

No. 16-5853

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| LOUIS SAIA, | ) | |
| Plaintiff-Appellant, | ) ) ) | **FILED**<br>Aug 02, 2017<br>DEBORAH S. HUNT, Clerk |
| v. | ) ) | |
| FLYING J. INCORPORATED, et al., | ) ) | O R D E R |
| Defendants-Appellees, | ) ) | |
| and | ) ) | |
| JOHN DOES A, B, AND C, et al., | ) ) | |
| Defendants. | ) | |

Before: COLE, Chief Judge; BOGGS and MOORE, Circuit Judges.

Louis Saia, a Tennessee resident proceeding pro se, petitions the court to rehear our July 11, 2017 order affirming the district court's judgment dismissing his action for lack of standing. We have reviewed the petition and conclude that we did not overlook or misapprehend any material point of law or fact when we entered our previous order. *See* Fed. R. App. P. 40(a)(2).

Accordingly, the petition for rehearing is **DENIED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk