# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 10, 2017

Mr. Thomas M. Gould
Western District of Tennessee at Jackson
111 S. Highland Avenue
Suite 262 U.S. Courthouse
Jackson, TN 38301-0000

        Re: Case No. 16-5853, *Louis Saia v. Flying J. Incorporated, et al*
            Originating Case No. : 1:15-cv-01045

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                    Sincerely yours,

                    s/Roy G. Ford
                    Case Manager
                    Direct Dial No. 513-564-7016

cc:  Mr. Douglas Michael Alrutz
     Mr. Alan C. Bradshaw
     Mr. John S. Golwen
     Mr. David J. Harris
     Mr. Jonathan E. Nelson
     Mr. Louis Saia

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 16-5853

_____

Filed: August 10, 2017

LOUIS SAIA

       Plaintiff - Appellant

v.

FLYING J. INCORPORATED; FJ MANAGEMENT, INCORPORATED, dba Flying J. Incorporated; FLYING J INSURANCE SERVICES, INCORPORATED, and/or its Successor, The Buckner Company; TRANSPORTATION ALLIANCE BANK, INCORPORATED; TAB BANK, INCORPORATED, dba Transportation Alliance Leasing, LLC; TRANSPORTATION ALLIANCE LEASING, LLC; JAGIT SINGH; STEPHEN PARKER

       Defendants - Appellees

 and

JOHN DOES A, B, AND C; JANE DOES A, B, AND C

       Defendants

## MANDATE

Pursuant to the court's disposition that was filed 07/11/2017 the mandate for this case hereby issues today.

COSTS: None